**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHONGSHAN HENGFU FURNITURE COMPANY, LTD., A P.R. CHINA COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME ACCENTS ALLIANCE, INC., A CALIFORNIA CORPORATION; AND DOES 1-10, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 14-00038-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant Home Accents Alliance, Inc. on Plaintiff's Complaint and the action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>October 20, 2014</u>

                                                   VIRGINIA A. PHILLIPS
                                        United States District Judge